NORMAN S. TONKONOW, Appellant, v. JAMES BUTLER, INC., Respondent, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SAMUEL WEBER, Respondent, v. BARNEY STEINGART, Appellant.— Motion for stay granted on condition that within ten days from the entry of the order herein appellant file an undertaking, with corporate surety, to secure any judgment that may be recovered in this action; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

WESTWOOD TRUST COMPANY, etc., Respondent,v. MILTON GLADSTONE, Appellant. RICHARD B. RODERMOND and Others, Defendants.— Motion for substitution of respondent denied, without prejudice to an application to the Special Term to have the substitution made. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

HENRY H. AYERS and MAGGIE AYERS, His Wife, Respondents, v. FLORENCE B. RUSSELL and Others, Defendants. JOHN L. ROBINSON, Purchaser, Appellant.— Order denying appellant's motion to be relieved from his purchase, and to recover back amount paid, etc., affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

SAM BEKIN, Respondent, v. MAX GOLDSMITH and Others, Defendants. ANNIE GOLDSMITH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

ARMIN BENCOE, Respondent, v. ROBERT E. McDONNELL and Others, Copartners, etc., Appellants.— On reargument, order denying defendants' motion for a construction of the interlocutory decree entered herein, so as to provide that the referee shall determine the issue of account stated, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted,· with ten dollars costs, for the reasons stated in our previous decision. [217 App. Div. 760.] No opinion, Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents for the reason stated in the previous decision.

ELSA BROSLIN, as Administratrix, etc., of JOHN BROSLIN, Deceased, Respondent, v. THE STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

SAMUEL COHEN, Respondent, v. CHARLES H. MEYER, Appellant.— Order denying motion to dismiss complaint for lack of prosecution reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Plaintiff's excuse for not bringing the case to trial was entirely insufficient. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.